IN THE MATTER OF THE ESTATE OF
CARRIE SOARES, DECEASED.

No. 4683.

June 3, 1968.

RICHARDSON, C.J., MIZUHA, MARUMOTO,
ABE AND LEVINSON, JJ.

*Per Curiam.* The petition for rehearing is denied without argument.

*Arthur K. Trask* for the petition.